# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY THOMAS, JR., <br><br> Petitioner, <br><br> v. <br><br> SUTTON, Warden, <br><br> Respondent. | Case No.: 1:20-cv-01409-NONE-JLT (HC) <br><br> ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL <br><br> (Doc. 11) |

On October 30, 2020, Petitioner filed what is titled a traverse and motion seeking attorney. (Doc. 11.) There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time. Accordingly, Petitioner's request for appointment of counsel is DENIED.

IT IS SO ORDERED.

Dated: __November 2, 2020__          __/s/ Jennifer L. Thurston__
                                     UNITED STATES MAGISTRATE JUDGE